UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CLARIANT CORP** | **CASE NO. 6:26-CV-04371** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SOLUGEN INC. ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motions to Dismiss for Lack of Personal Jurisdiction [docs. 19, 30, 47] be **DENIED** and that this matter instead be **TRANSFERRED** to the United States District Court for the Southern District of Texas based upon the court's finding that it lacks personal jurisdiction over defendants Jonathan Wylde and Grant Williams. **IT IS FURTHER ORDERED** that the Motions to Dismiss for Improper Venue and Motions to Transfer [docs. 30, 47] be **DENIED AS MOOT**. The Motion for Preliminary Injunction [doc. 2], Motions to Dismiss for Failure to State a Claim [docs. 30, 59], and Motion to Vacate [doc. 34] remain pending for adjudication by the transferee court.

**THUS DONE AND SIGNED** in Chambers on the 24th day of November, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE